FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 7 2005 ★
P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -

AMANDA HARRISON, et ano,

                     Plaintiffs,   <u>ORDER OF DISMISSAL</u>

                                   CV 2004-0764 (DGT)(MDG)

- against -

CITY OF NEW YORK, et al.,

                     Defendants.

- - - - - - - - - - - - - - - - - - - -X

The parties having advised the Court that they have reached an agreement to settle this action and no party being an infant or incompetent, it is hereby

ORDERED, that this action is discontinued with prejudice and without costs to any party, but with leave to re-open if the settlement agreement is not consummated and application for reinstatement is made within seventy days of the date of this Order.

Dated:  Brooklyn, New York
        June 28, 2005

                                       s/David G. Trager
                                       DAVID G. TRAGER
                                       UNITED STATES DISTRICT JUDGE